# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**160**
**CAF 09-02014**
PRESENT: SMITH, J.P., CARNI, SCONIERS, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF THERESA M. LAIRD,
PETITIONER-RESPONDENT,

V                                                          ORDER

ROBERT E. JONES, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

SHIRLEY A. GORMAN, BROCKPORT, FOR RESPONDENT-APPELLANT.

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR PETITIONER-RESPONDENT.

ROBERT L. GOSPER, ATTORNEY FOR THE CHILDREN, CANANDAIGUA, FOR ZACHARY J., ZADA J. AND AURORA J.

--------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered September 25, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner sole custody of the subject children.

It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277).

Entered: February 10, 2011                           Patricia L. Morgan
                                                      Clerk of the Court